**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio PEREZ–ZEPEDA, aka Simon Perez–Contreras, Defendant–Appellant.**

**No. 06–30373.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 18, 2008.

Wendy Olson, USBO, Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

9.  *Id.*

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

Philip H. Gordon, Esq., Boise, ID, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Julio Perez–Zepeda appeals from his guilty-plea conviction and 37–month sentence for illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Perez–Zepeda's counsel has filed a brief stating there are no grounds for relief, which is construed as a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver, *see United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).